■ JUDITH E. THORN, Plaintiff, v WILMORITE, INC., et al., Defendants. CAMILLUS PLAZA EAST, Third-Party Plaintiff-Respondent, v K-MART CORPORATION, Third-Party Defendant-Appellant. [722 NYS2d 445] —Order unanimously affirmed with costs. Memorandum: Supreme Court properly denied the motion of third-party defendant, K-Mart Corporation (K-Mart), for summary judgment dismissing the third-party complaint. There are triable issues of fact concerning whether the stacking of the tables constituted a dangerous condition (*see, Hanley v Affronti*, 278 AD2d 868; *Vanderwater v Sears*, 277 AD2d 1056), whether the accident occurred on premises owned, occupied, controlled or specially used by K-Mart (*see, Siracuse v Race Off. Equip. Co.*, 278 AD2d 894; *Brown v Congel*, 241 AD2d 880, 881), and whether K-Mart affirmatively created the allegedly dangerous condition or had actual or constructive notice of it (*see, Whyte v Whyte*, 259 AD2d 1009, 1009-1010; *Tenebruso v Toys "R" Us—NYTEX*, 256 AD2d 1236, 1237; *DiFusco v Wal-Mart Discount Cities*, 255 AD2d 937, 937-938). (Appeal from Order of Supreme Court, Onondaga County, Major, J.—Summary Judgment.) Present—Green, J. P., Wisner, Hurlbutt and Burns, JJ.